**UNITED STATES DISTRICT COURT**
**DISTRICT OF MAINE**

RECEIVED & FILED
NOV 30 P 4: 01
DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| v. | ) Criminal No: 2:18-cr-178-DBH |
| SHOU CHAO LI | ) |
| a/k/a "Driver" and "Uncle" | ) |

## PRAECIPE FOR WARRANT

The United States requests that the Clerk of the Court issue a warrant, an indictment against the above-named defendant having been filed in the above-entitled case.

Dated: November 30, 2018

_____
Assistant United States Attorney