# United States District Court
## District of Maine

UNITED STATES OF AMERICA

v.

SHOU CHAO LI,

        Defendant

**ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT**

**No. 2:18-cr-00178-DBH-1**

It is **ORDERED** that a detention hearing in this matter is continued to Tuesday, December 18, 2018, at 10:30 a.m. before John H. Rich III, United States Magistrate Judge, 156 Federal Street, Portland, Maine. Pending this hearing, the defendant shall be held in custody by the United States Marshal and produced for the hearing.

Dated: December 13, 2018.

    /s/ John H. Rich III
    John H. Rich III
    United States Magistrate Judge