UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

CASE NAME: USA v. Li et al

DOCKET NO: 2:18-cr-178-DBH

PROCEEDING TYPE: Detention Hearing

## Exhibit List

| Gvt Exh No. | Dft Exh No. | Court Exh No. | Description | Date Mentioned | Date Offered | Obj | Date Admitted |
|---|---|---|---|---|---|---|---|
| 1 | | | Avesta Housing application | 1/22/19 | 1/22/19 | | 1/22/19 |
| 2 | | | Photo of female | 1/22/19 | 1/22/19 | | 1/22/19 |
| 3 | | | Photo of male | 1/22/19 | 1/22/19 | | 1/22/19 |
| 4 | | | We chat Profile picture | 1/22/19 | 1/22/19 | X | 1/22/19 |
| 5 | | | Call log | 1/22/19 | 1/22/19 | X | 1/22/19 |
| 6 | | | Photo of envelope | 1/22/19 | 1/22/19 | X | 1/22/19 |
| 7 | | | Photo of car interior driver side | 1/22/19 | 1/22/19 | X | 1/22/19 |
| 8 | | | Photo of cell phone | 1/22/19 | 1/22/19 | X | 1/22/19 |
| 9 | | | Photo of car interior backseat | 1/22/19 | 1/22/19 | X | 1/22/19 |
| 10 | | | Photo of car interior backseat and bowl | 1/22/19 | 1/22/19 | X | 1/22/19 |
| 11 | | | Photo of cell phone | 1/22/19 | 1/22/19 | X | 1/22/19 |
| 12 | | | Photo of shed | 1/22/19 | 1/22/19 | | 1/22/19 |
| 13 | | | Photo of shelving unit | 1/22/19 | 1/22/19 | | 1/22/19 |
| 14 | | | Photo of case of condoms | 1/22/19 | 1/22/19 | | 1/22/19 |
| 15 | | | Photo of lube | 1/22/19 | 1/22/19 | X | 1/22/19 |
| 16 | | | Photo of bag of condoms | 1/22/19 | 1/22/19 | X | 1/22/19 |
| 17 | | | Photo of condoms | 1/22/19 | 1/22/19 | X | 1/22/19 |

| Gvt Exh No. | Dft Exh No. | Court Exh No. | Description | Date Mentioned | Date Offered | Obj | Date Admitted |
|---|---|---|---|---|---|---|---|
| 18 | | | Photo of lube | 1/22/19 | 1/22/19 | X | 1/22/19 |
| 19 | | | Atlantic Broadband Commercial Services Agreement | 1/22/19 | 1/22/19 | X | 1/22/19 |
| 20 | | | CityXguide Ad | 1/22/19 | 1/22/19 | X | 1/22/19 |
| 21 | | | USASexGuide forum thread | 1/22/19 | 1/22/19 | X | 1/22/19 |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |