UNITED STATES DISTRICT COURT

DISTRICT OF MAINE

**April, 2019 CRIMINAL TRIAL LIST FOR PORTLAND**

This list contains criminal cases that will be scheduled for trial in Portland during the month of April, 2019.

**Jury Selection is scheduled for April 1, 2019, at 9:00 a.m.**:

Prior to jury selection, Counsel should be prepared to submit to the Court, orally or *in camera*, a list of witnesses who may be called to testify at trial, so that the Court may inquire of the potential jury members whether they are acquainted with any of the witnesses.

**Filings:**

Any requested voir dire interrogatories; requested jury instructions, the need for which can reasonably be anticipated at that time; and trial briefs, not to exceed twenty (20) pages, shall be filed by March 25, 2019.

**Juror Questionnaires**:

Jurors summoned for selection are required to complete a questionnaire containing questions that will not be asked during jury impanelment. These questionnaires will be available in CM/ECF seven (7) days prior to selection and counsel are to review those questionnaires prior to selection. Only those questionnaires that are not available in CM/ECF will be available for review on the day of jury selection. Counsel of record will be provided access to these documents through the date of jury selection, after which the questionnaires will not be available for review.

**Notifying the Court:**

Counsel shall advise the Clerk not later than March 15, 2019 whether their case is firm for trial or is to be otherwise resolved. Any change of plea will be taken prior to jury selection.

Federal Rule of Criminal Procedure 50 requires that scheduling preference must be given to criminal proceedings as far as practicable. The District of Maine Speedy Trial Plan requires that the trial of those defendants in custody solely because they are awaiting trial or those defendants designated as high risk shall be given preference over other criminal cases. 18 U.S.C. § 3164(a).

**Pattern Criminal Jury Instructions:**

The Pattern Criminal Jury Instructions for the District Courts of the First Circuit are available for inspection in the Clerk's Office and can also be found on the District Court's Internet Home Page at www.med.uscourts.gov.

Counsel are specifically directed to Local Rule 157.4 and should consult with the Court if there is any doubt regarding the application of this rule.

Trials to Commence in April, 2019

| | | | |
|---|---|---|---|
| 1) | USA<br>Criminal No. 2:17-cr-00147-JDL<br><br>MICHAEL J. CONLEY, AUSA<br><br>*Defendant is in federal custody | v. | SEAN MULKERN*<br><br><br>ROGER F. BRUNELLE, JR, ESQ |
| 2) | USA<br><br><br><br><br><br><br><br>Criminal No. 2:18-cr-00026-DBH<br><br>JAMIE R. GUERRETTE, AUSA<br>DONALD E. CLARK, AUSA<br>JOHNATHAN NATHANS, AUSA<br><br><br><br><br><br><br><br>*Defendant is in federal custody | v. | JULIO MEJIA<br>INYEMAR MANUEL SUAZO*<br>ENYEL MEJIA-PIMENTAL*<br>JHOVANNY VILLALONA<br>MICHAEL DICICCO*<br>MARC STEVENS<br>CARMELITA SMITH*<br><br><br>NEAL L. WEINSTEIN, ESQ<br>SCOTT GLEASON, ESQ<br>EDWARD S. MACCOLL, ESQ<br>ROGER F. BRUNELLE, JR, ESQ<br>JOHN W. VAN LONKHUYZEN, ESQ<br>JEFFREY W. LANGHOLTZ, ESQ<br>JOHN PAUL DEGRINNEY, ESQ<br>GAIL M. LATOUF, ESQ |
| 3) | USA<br>Criminal No. 2:18-cr-00028-GZS<br><br>DAVID B. JOYCE, AUSA<br>JONATHAN R. CHAPMAN, AUSA<br><br>*Defendant is in federal custody | v. | AHMED SADEK*<br><br><br>PETER E. RODWAY, ESQ |
| 4) | USA<br><br><br>Criminal No. 2:18-cr-00036-GZS<br><br>DAVID B. JOYCE, AUSA<br><br><br><br>*Defendant is in federal custody | v. | JOSHUA KAUFMAN*<br>JONATHAN HARMON<br>JENNA YORK<br><br><br>JONATHAN M. GOODMAN, ESQ<br>RANDALL J. BATES, ESQ<br>MARY A. DAVIS, ESQ |

| | | | |
|---|---|---|---|
| 5) | USA<br>Criminal No. 2:18-cr-00040-JDL<br><br>DARCIE N. MCELWEE, AUSA | v. | LAMALE LAWSON<br><br>DAVID R. BENEMAN, ESQ |
| 6) | USA<br>Criminal No. 2:18-cr-00054-GZS<br><br>CRAIG M. WOLFF, AUSA | v. | GARY BOSHOFF<br><br>J. HILARY BILLINGS, ESQ |
| 7) | USA<br>Criminal No. 2:18-cr-00068-DBH<br><br>MICHAEL J. CONLEY, AUSA<br><br>*Defendant is in federal custody | v. | SCOTT ESTES*<br><br>ROBERT C. ANDREWS, ESQ |
| 8) | USA<br><br>Criminal No. 2:18-cr-00072-DBH<br><br>DAVID B. JOYCE, AUSA<br>JAMIE R. GUERRETTE, AUSA<br><br>*Defendant is in federal custody | v. | SCOTT ADAMS*<br>ANDREW BISSONNETTE*<br><br>AMY L. FAIRFIELD, ESQ<br>PETER J. CYR, ESQ |
| 9) | USA<br>Criminal No. 2:18-cr-00078-GZS<br><br>JULIA M. LIPEZ, AUSA | v. | HUSSIEN NOOR HUSSIEN<br><br>CLIFFORD STRIKE, ESQ<br>STEPHANIE KNIGHT, ESQ |
| 10) | USA<br><br>Criminal No. 2:18-cr-00090-GZS<br><br>JAMIE R. GUERRETTE, AUSA<br>JOHNATHAN NATHANS, AUSA<br><br>*Defendant is in federal custody | v. | PATRICIA PIMENTEL*<br>JOHN DOE #1*<br><br>CHRISTOPHER P. BASSO, ESQ<br>PETER J. CYR, ESQ.<br>JOSEPH STANLEY MEKONIS, ESQ |

| 11) | USA | v. | FREDDY M. PEGUERO-MATOS<br>CONNOR MUNRO*<br>JOSHUA WELDON*<br>DRU FRECHETTE<br>HANNAH PATCH*<br>BRIAN HOPKINS |
|---|---|---|---|
| | Criminal No. 2:18-cr-00112-DBH | | |
| | DAVID B. JOYCE, AUSA | | RANDALL J. BATES, ESQ<br>J. HILARY BILLINGS, ESQ<br>SARAH E. BRANCH, ESQ<br>WILLIAM MASELLI, ESQ<br>JOSEPH STANLEY MEKONIS, ESQ<br>GEORGE HESS, ESQ |
| | *Defendant is in federal custody | | |
| 12) | USA<br>Criminal No. 2:18-cr-00115-NT | v. | ROBERT SIMPKINS* |
| | JAMIE R. GUERRETTE, AUSA | | SARAH A. CHURCHILL, ESQ |
| | *Defendant is in federal custody | | |
| 13) | USA<br>Criminal No. 2:18-cr-00127-NT | v. | KEON BAPTISTE-HARRIS* |
| | DAVID B. JOYCE, AUSA | | JOHN PAUL DEGRINNEY, ESQ |
| | *Defendant is in federal custody | | |
| 14) | USA<br>Criminal No. 2:18-cr-00143-JDL | v. | AKEEM CRUZ* |
| | DARCIE N. MCELWEE, AUSA | | GEORGE HESS, ESQ |
| | *Defendant is in federal custody | | |
| 15) | USA<br>Criminal No. 2:18-cr-00159-JAW | v. | JAMES HAGAR* |
| | DAVID B. JOYCE, AUSA | | PETER E. RODWAY, ESQ |
| | *Defendant is in federal custody | | |

| | | | |
|---|---|---|---|
| 16) | USA<br><br>Criminal No. 2:18-cr-00160-JDL<br><br>DAVID B. JOYCE, AUSA | v. | RALPH CARAWAY<br>MELVIN GONZALEZ<br><br><br>DAVID R. BENEMAN, ESQ<br>VALERIE A. RANDALL, ESQ |
| 17) | USA<br>Criminal No. 2:18-cr-00161-DBH<br><br>MELISSA S. SISKIND, AUSA<br>RICHARD W. MURPHY, AUSA<br>WILLIAM B. GUAPPONE, AUSA | v. | ASHRAF B. ELDEKNAWEY<br><br><br>LEONARD I. SHARON, ESQ |
| 18) | USA<br>Criminal No. 2:18-cr-00166-DBH<br><br>JEANNE D. SEMIVAN, AUSA | v. | ELBA CRUZ<br><br><br>JONATHAN M. GOODMAN, ESQ |
| 19) | USA<br>Criminal No. 2:18-cr-00168-NT<br><br>SHEILA W. SAWYER, AUSA | v. | AARON WEST<br><br><br>J. HILARY BILLINGS, ESQ |
| 20) | USA<br>Criminal No. 2:18-cr-00169-DBH<br><br>MICHAEL J. CONLEY, AUSA | v. | PETER GARCES<br><br><br>DAVID R. BENEMAN, ESQ |
| 21) | USA<br><br>Criminal No. 2:18-cr-00178-DBH<br><br>DARCIE N. MCELWEE, AUSA<br><br><br><br>*Defendant is in federal custody | v. | SHOU CHAO LI*<br>DERONG MIAO*<br><br><br><br>JOHN P. SIMPSON, ESQ<br>MINGLI CHEN, ESQ<br>JEFFREY W. LANGHOLTZ, ESQ |
| 22) | USA<br>Criminal No. 2:18-cr-00180-NT<br><br>JAMIE R. GUERRETTE, AUSA<br><br>*Defendant is in federal custody | v. | MEGHAN MARTELL*<br><br><br>KRISTINE C. HANLY, ESQ |
| 23) | USA<br>Criminal No. 2:18-cr-00191-DBH<br><br>DAVID B. JOYCE, AUSA | v. | TRAVIS GREENWOOD<br><br><br>SARAH A. CHURCHILL, ESQ |

| | | | |
|---|---|---|---|
| 24) | USA<br>Criminal No. 2:18-cr-00192-JAW<br><br>JAMIE R. GUERRETTE, AUSA | v. | RICHARD BEAUREGARD<br><br>DAVID J. BOBROW, ESQ |
| 25) | USA<br><br>Criminal No. 2:18-cr-00193-JDL<br><br>JAMIE R. GUERRETTE, AUSA<br>JONATHAN R. CHAPMAN, AUSA<br>NICHOLAS M. SCOTT, AUSA<br><br>*Defendant is in federal custody | v. | ABOUBACAR CONGO*<br>SALIM OUEDRAOGO*<br>ROBERT FICKETT<br><br>NEALE A. DUFFETT, ESQ<br>SARAH E. BRANCH, ESQ<br>LUKE RIOUX, ESQ |
| 26) | USA<br>Criminal No. 2:19-cr-00002-NT<br><br>MICHAEL J. CONLEY, AUSA<br><br>*Defendant is in federal custody | v | MICHAEL RIAS*<br><br>J. HILARY BILLINGS, ESQ |
| 27) | USA<br>Criminal No. 2:19-cr-00015-JDL<br><br>JULIA M. LIPEZ, AUSA<br><br>*Defendant is in federal custody | v. | JOHN NGUYEN*<br><br>TIMOTHY ZERILLO, ESQ |
| 28) | USA<br>Criminal No. 2:19-cr-00022-GZS<br><br>JAMIE R. GUERRETTE, AUSA<br><br>*Defendant is in federal custody | v. | DEMETRIUS EIRBY*<br><br>JONATHAN M. GOODMAN, ESQ |
| 29) | USA<br><br>Criminal No. 2:19-cr-00023-NT<br><br>NICHOLAS M. SCOTT, AUSA<br><br>*Defendant is in federal custody | v. | LUIS ORTIZ*<br>TATIANA ROSADO<br><br>MARK J. PELTIER, ESQ<br>ROGER F. BRUNELLE, JR, ESQ |

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MAINE**

**ELECTRONIC EVIDENCE PRESENTER**

The U.S. District Court for the District of Maine offers various audio/visual equipment for members of the bar to use during hearings or trials. While each courtroom accommodates a different configuration of audio/visual equipment, they each accommodate the use of the Electronic Evidence Presenter (EEP).

The EEP consists of a digital document camera, a video cassette or digital video disk (DVD) player, and a projector. Images of exhibits (documents, photographs, negatives, objects, x-rays, transparencies, etc.) are displayed using the digital document camera permitting the judge, attorneys, witnesses and jury to view the images simultaneously. Using this equipment, the operator can zoom in on the most critical area of the exhibit in detail.

The EEP also allows attorneys to connect a laptop for presentation of evidence using PowerPoint or other presentation software. Attorneys MUST provide their own technical assistance in preparing the laptop evidence presentation. The court will not troubleshoot compatibility problems for attorneys using the EEP.

**Important:**

**Attorneys who wish to use courtroom audio or visual equipment at a trial or hearing are required to understand and be prepared to operate that equipment. Attorneys who plan to use their own electronic equipment (such as laptops) at hearing or trial must schedule time well in advance to practice and to test their equipment's compatibility with that courtroom's system.** Practice time should be scheduled with the Information Technology (IT) staff listed below for a date not less than two weeks prior to the hearing or trial.

The Court may deny the use of audio/visual equipment during a hearing or trial to attorneys who have failed to attend a practice session to confirm their equipment's compatibility with the court's system.

<u>RESERVING THE ELECTRONIC EVIDENCE PRESENTER AND SCHEDULING A PRACTICE SESSION</u>

Reservations for the EEP should be made two weeks in advance of the date of the proceeding. To reserve the equipment and/or to schedule a practice session, contact these IT staff members:

Bangor:       Don Marshall at (207) 945-0575 ext. 6424

Portland      Kevin Martel at (207) 780-3356 ext. 5124

http://www.med.uscourts.gov/nodeblock/courtroom-practices