**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MAINE (PORTLAND)**

---

UNITED STATES OF AMERICA,
                      *Plaintiff*,

                                          LETTER MOTION TO
                                          ADJOURN SENTENCING

**v.**

                                          **Case No.**
SHOU CHAO LI,                            2:18-cr-00178-DBH
                      *Defendant*.

---

Attention: Honorable Judge D. BROCK HORNBY
Edward T. Gignoux U.S. Courthouse
156 Federal Street
Portland, ME 04101
(207) 780-3356

Your Honorable Judge Hornby:

      Undersigned Counsels, on behalf of Defendant Shou Chao Li, submits this letter motion to adjourn and reschedule the defendant Shou Chao Li's sentencing date.

      The defendant Li's sentencing was scheduled for November 15, 2021.

      After that, on September 29, 2021, the U.S. Probation's Office asked for extension of its time to file the defendant's presentence investigation report ("PSI") by around one week.

      The Probation Office's above stated request was approved by this Court.

      On October 5, 2021, the defendant Li's PSI was filed with the Court.

      The approved, but delayed filing of the defendant Li's PSI prompted a necessity for the defense counsels to enlarge its time to review the PSI, to prepare sentencing exhibits, documents and statements.

      Therefore, Li's defense counsels request that Li's sentencing be rescheduled to another date.

It is noted that co-defendant De Rong Miao's sentencing is rescheduled to December 14, 2021.

For the Court's convenience, if defendant Li's sentencing date, upon the approval of counsels' request for rescheduling, is to be on the same date December 14, 2021, it is fine to Li's counsels.

Otherwise, it is requested that Li's sentencing is rescheduled to be shortly after December 14, 2021 if December 14, 2021 is not available to the Court.

The Government does not have any objection to Li's counsels' rescheduling request.

**THEREFORE**, it is requested that this Court reschedule defendant Li's sentencing to December 14, 2021 or a date shortly after December 14, 2021.

Dated: Queens, New York
October 19, 2021

Respectfully submitted,

/s/ Mingli Chen
Mingli Chen
CHEN RAN LAW GROUP, P.C.
Attorneys for Defendant SHOU CHAO LI
136-20 38th Ave., Suite 9J
Flushing, NY 11354
(718) 939-9000
mchen@mchenlaw.com

/s/ John Simpson
John Simpson, Esq.
Simpson Law Office
5 Island View Dr.
Cumberland Foreside, ME 04110
(207) 200-5565
john@simpsonlaw.me